**CT Corporation**

**Service of Process Transmittal**
10/09/2020
CT Log Number 538378379

| | |
|---|---|
| **TO:** | Risk SOP Meijer<br>Meijer, Inc.<br>2929 Walker Ave NW<br>Grand Rapids, MI 49544-6402 |
| **RE:** | **Process Served in Illinois** |
| **FOR:** | Meijer, Inc.  (Domestic State: MI) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JEFFREY E. MARTIN, PLTF. vs. MEIJER, INC., ETC., ET AL., DFTS. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 2020L010578 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/09/2020 at 03:00 |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/09/2020, Expected Purge Date: 10/14/2020<br><br>Image SOP<br><br>Email Notification,  Risk SOP Meijer  RiskSOP@meijer.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1209 N Orange St<br>Wilmington, DE 19801-1120 |
| **For Questions:** | 866-401-8252<br>EastTeam2@wolterskluwer.com |

Page 1 of  1 / AS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**EXHIBIT A**

 Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:**          Fri, Oct 9, 2020

**Server Name:**          Sheriff Drop

| Entity Served | MEIJER, INC. |
|---|---|
| Agent Name | C T CORPORATION SYSTEM |
| Case Number | 2020L010578 |
| Jurisdiction | IL |



FILED
10/5/2020 12:39 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

2020L010578

*FILED DATE: 10/5/2020 12:39 PM    2020L010578*

| | |
|---|---|
| **2120 - Served** | **2121 - Served** |
| **2220 - Not Served** | **2221 - Not Served** |
| **2320 - Served By Mail** | **2321 - Served By Mail** |
| **2420 - Served By Publication** | **2421 - Served By Publication** |
| **Summons - Alias Summons** | **(08/01/18) CCG 0001 A** |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Jeffrey E. Martin
_____

(Name all parties)

v.

Meijer, Inc. d/b/a Meijer, et al.
_____

Case No. _____

### ☑ SUMMONS   ☐ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**

**Summons - Alias Summons**                                              **(08/01/18) CCG 0001 B**

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

Atty. No.: 63329

Atty Name: Shauna M. Martin

Atty. for: Plaintiff

Address: 171 W. Wing Street, Suite 201

City: Arlington Heights

State: IL     Zip: 60005

Telephone: 847-956-0000

Primary Email: smm@martinlawchicago.com

Witness: 10/5/2020 12:39 PM DOROTHY BROWN

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

# CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

○ Richard J Daley Center
50 W Washington
Chicago, IL 60602

○ District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

○ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

○ District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

○ District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

○ District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

○ Domestic Violence Court
555 W Harrison
Chicago, IL 60607

○ Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

○ Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

## Daley Center Divisions/Departments

○ Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

○ Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

○ Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

○ Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

○ Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

○ County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

○ Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

◉ Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

○ Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**
Page 3 of 3

FILED DATE: 10/5/2020 12:39 PM   2020L010578

FILED DATE: 10/5/2020 12:39 PM   2020L010578

**SHERIFF OF COOK COUNTY, IL PLEASE SERVE:**

1.    **MEIJER, INC.**
      c/o CT Corporation System
      208 So Lasalle St, Suite 814
      Chicago, IL 60604

2.    **MEIJER GROUP, INC.**
      c/o CT Corporation System
      208 So Lasalle St, Suite 814
      Chicago, IL 60604

**SHERIFF OF WAYNE COUNTY, MI PLEASE SERVE:**

3.    **MEIJER STORES LIMITED PARTNERSHIP**
      c/o The Corporation Company, Registered Agent
      40600 Ann Arbor Rd E Ste 201
      Plymouth, MI 48170

4.    **MEIJER GREAT LAKES LIMITED PARTNERSHIP**
      c/o The Corporation Company, Registered Agent
      40600 Ann Arbor Rd E Ste 201
      Plymouth, MI 48170

FILED
10/5/2020 12:39 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

2020L010578

| | |
|---|---|
| **2120 - Served** | **2121 - Served** |
| **2220 - Not Served** | **2221 - Not Served** |
| **2320 - Served By Mail** | **2321 - Served By Mail** |
| **2420 - Served By Publication** | **2421 - Served By Publication** |
| **Summons - Alias Summons** | **(08/01/18) CCG 0001 A** |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Jeffrey E. Martin

(Name all parties)

v.

Meijer, Inc. d/b/a Meijer, et al.

Case No. _____

### ☑ SUMMONS  ☐ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**Summons - Alias Summons**          **(08/01/18) CCG 0001 B**

**E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.**

Atty. No.: 63329

Atty Name: Shauna M. Martin

Atty. for: Plaintiff

Address: 171 W. Wing Street, Suite 201

City: Arlington Heights

State: IL    Zip: 60005

Telephone: 847-956-0000

Primary Email: smm@martinlawchicago.com

Witness: 10/5/2020 12:39 PM DOROTHY BROWN

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

FILED DATE: 10/5/2020 12:39 PM   2020L010578

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

○ Richard J Daley Center
50 W Washington
Chicago, IL 60602

○ District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

○ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

○ District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

○ District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

○ District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

○ Domestic Violence Court
555 W Harrison
Chicago, IL 60607

○ Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

○ Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

### Daley Center Divisions/Departments

○ Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

○ Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

○ Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

○ Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

○ Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

○ County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

○ Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

◉ Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

○ Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

FILED DATE: 10/5/2020 12:39 PM 2020L010578

FILED DATE: 10/5/2020 12:39 PM   2020L010578

**SHERIFF OF COOK COUNTY, IL PLEASE SERVE:**

1. **MEIJER, INC.**
   c/o CT Corporation System
   208 So Lasalle St, Suite 814
   Chicago, IL 60604

2. **MEIJER GROUP, INC.**
   c/o CT Corporation System
   208 So Lasalle St, Suite 814
   Chicago, IL 60604

**SHERIFF OF WAYNE COUNTY, MI PLEASE SERVE:**

3. **MEIJER STORES LIMITED PARTNERSHIP**
   c/o The Corporation Company, Registered Agent
   40600 Ann Arbor Rd E Ste 201
   Plymouth, MI 48170

4. **MEIJER GREAT LAKES LIMITED PARTNERSHIP**
   c/o The Corporation Company, Registered Agent
   40600 Ann Arbor Rd E Ste 201
   Plymouth, MI 48170

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
* 0 3 4 0 0 1 8 4 *

**DIE DATE**
**11/02/2020** 6

TO

**DOC.TYPE:** LAW
**CASE NUMBER:** 2020L010578
<u>**DEFENDANT**</u>
MEIJER INC
208 S LA SALLE ST
CHICAGO. IL 60604
#814

**SERVICE INFO:**
30 DAY RTN; C/O
CORPORATION S

**ATTACHED FEE:**

FILED
10/5/2020 12:39 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L010578

STATE OF ILLINOIS    )
                         ) SS

COUNTY OF COOK      )

**FIRM I.D.: 63329**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JEFFREY E. MARTIN, | |
| **Plaintiff,** | |
| v. | **COURT #:** |
| MEIJER, INC. d/b/a MEIJER, MEIJER STORES LIMITED PARTNERSHIP, MEIJER GREAT LAKES LIMITED PARTNERSHIP, and MEIJER GROUP, INC. | **PLAINTIFF DEMANDS TRIAL BY JURY** |
| **Defendants.** | |

## PLAINTIFF'S COMPLAINT AT LAW

NOW COMES the Plaintiff, JEFFREY E. MARTIN, by and through his attorneys, MARTIN LAW, LLC, and complaining of the Defendants, MEIJER, INC. d/b/a MEIJER, MEIJER STORES LIMITED PARTNERSHIP, MEIJER GREAT LAKES LIMITED PARTNERSHIP, and MEIJER GROUP, INC., states as follows:

### COUNT I
### [JEFFREY E. MARTIN v. MEIJER, INC. d/b/a MEIJER- Negligence]

1.      Plaintiff JEFFREY E. MARTIN ("JEFFREY") was born on September 25, 1956.

2.      On January 20, 2019, JEFFREY lived at 805 S. Salem Avenue in Arlington Heights, IL 60005.

3.      On and prior to January 20, 2019, Defendant MEIJER, INC. d/b/a MEIJER ("MEIJER") was a foreign corporation licensed to do and doing business in the State of Illinois.

4.      On and prior to January 20, 2019, Defendant MEIJER had its registered agent, CT Corporation System located at 208 So LaSalle Street, Suite 814 in Chicago, IL 60604.

FILED DATE: 10/5/2020 12:39 PM   2020L010578

FILED DATE: 10/5/2020 12:39 PM  2020L010578

5.      On and prior to January 20, 2019, Defendant MEIJER was in the business of selling retail products, grocery products and related services throughout the Chicagoland area, including in Cook County, Illinois.

6.      At all times relevant to this Complaint, the Defendant owned and operated grocery and general merchandise retail stores, including the MEIJER store located at 1301 Meijer Road in Rolling Meadows, IL 60008.

7.      At all times relevant to this Complaint, the Defendant, operating through its duly authorized agents and/or employees, managed the MEIJER store located at 1301 Meijer Road in Rolling Meadows, IL 60008.

8.      At all times relevant to this Complaint, the Defendant, operating through its duly authorized agents and/or employees, maintained the MEIJER store located at 1301 Meijer Road in Rolling Meadows, IL 60008.

9.      At all times relevant to this Complaint, and for a substantial period prior thereto, the Defendant held out said retail store to the public for use by business invitees, including the Plaintiff, JEFFREY.

10.     Plaintiff JEFFREY was at all times relevant to this Complaint a business invitee legally on the premises of the Defendant's retail store.

11.     On January 20, 2019, it was the duty of Defendant, acting through its duly authorized agents and/or employees, to exercise reasonable care in maintaining its stores, including making sure that there were no hazardous substances on the floor.

12.     On January 20, 2019, the Defendant, acting through its duly authorized agents and/or employees, committed the following negligent acts and/or omissions:

        a.      Failed to properly maintain its stores so as to prevent injury to its

2

patrons including the Plaintiff;

b.    Failed to properly inspect its store so as to prevent injury to its patrons including the Plaintiff;

c.    Failed to keep the floor free of hazardous substances so as to prevent injury to its patrons including the Plaintiff;

d.    Failed to warn patrons of a slipping hazard present on the store floor when it knew or should have known that such a hazard was present;

e.    Failed to keep the store floors in a properly maintained condition so as to prevent injury to patrons including the Plaintiff; and/or .

f.    Was otherwise careless and negligent.

13.    As a direct and proximate result of one or more of the Defendant's negligent acts and/or omissions, JEFFREY was in the store pushing a shopping cart full of groceries and was caused to slip and fall on a hazardous substance present on the ground, and sustained severe and permanent injuries including, but not limited to, a dislocation of his left knee.

14.    As a direct and proximate result of the above-described incident, JEFFREY was caused to sustain severe, permanent, aggravating, and disabling injuries; to suffer great pain and anguish in both body and mind and in the future will continue to so suffer; to incur and expend large obligations for and in the future will continue to expend and incur obligations for large sums of money for medical care; and to be hindered and/or prevented from engaging in his usual duties and affairs, including his employment as an attorney.

WHEREFORE, the Plaintiff JEFFREY E. MARTIN, respectfully demands judgment against the Defendant, MEIJER, INC. d/b/a MEIJER, in a fair and equitable sum in excess of the jurisdictional amount of FIFTY THOUSAND DOLLARS ($50,000.00).

3

FILED DATE: 10/5/2020 12:39 PM    2020L010578

FILED DATE: 10/5/2020 12:39 PM   2020L010578

## COUNT II
**[JEFFREY E. MARTIN v. MEIJER STORES LIMITED PARTNERSHIP - Negligence]**

1.      Plaintiff JEFFREY E. MARTIN ("JEFFREY") was born on September 25, 1956.

2.      On January 20, 2019, JEFFREY lived at 805 S. Salem Avenue in Arlington Heights, IL 60005.

3.      On and prior to January 20, 2019, Defendant MEIJER STORES LIMITED PARTNERSHIP was a foreign corporation licensed to do and doing business in the State of Illinois with its registered agent located in the State of Michigan.

4.      On and prior to January 20, 2019, Defendant MEIJER STORES LIMITED PARTNERSHIP was in the business of selling retail products and related services throughout the Chicagoland area, including in Cook County, Illinois.

5.      At all times relevant to this Complaint, the Defendant owned and operated grocery and general merchandise retail stores, including the MEIJER store located at 1301 Meijer Road in Rolling Meadows, IL 60008.

6.      At all times relevant to this Complaint, the Defendant, operating through its duly authorized agents and/or employees, managed the MEIJER store located at 1301 Meijer Road in Rolling Meadows, IL 60008.

7.      At all times relevant to this Complaint, the Defendant, operating through its duly authorized agents and/or employees, maintained the MEIJER store located at 1301 Meijer Road in Rolling Meadows, IL 60008.

8.      At all times relevant to this Complaint, and for a substantial period prior thereto, the Defendant held out said retail store to the public for use by business invitees, including the Plaintiff, JEFFREY.

4

FILED DATE: 10/5/2020 12:39 PM    2020L010578

9.     Plaintiff JEFFREY was at all times relevant to this Complaint, a business invitee legally on the premises of the Defendant's retail store.

10.     On January 20, 2019, it was the duty of Defendant, acting through its duly authorized agents and/or employees, to exercise reasonable care in maintaining its stores, including making sure that there were no hazardous substances on the floor.

11.     On January 20, 2019, the Defendant, acting through its duly authorized agents and/or employees, committed the following negligent acts and/or omissions:

   a.     Failed to properly maintain its store so as to prevent injury to its patrons including the Plaintiff;

   b.     Failed to properly inspect its store so as to prevent injury to its patrons including the Plaintiff;

   c.     Failed to keep the floor free of hazardous substances so as to prevent injury to its patrons including the Plaintiff;

   d.     Failed to warn patrons of a slipping hazard present on the store floor when it knew or should have known that such a hazard was present;

   e.     Failed to keep the store floor in a properly maintained condition so as to prevent injury to patrons including the Plaintiff; and/or

   f.     Was otherwise careless and negligent.

12.     As a direct and proximate result of one or more of the Defendant's negligent acts and/or omissions, while JEFFREY was in the store pushing a shopping cart full of groceries, he was caused to slip and fall on a hazardous substance present on the ground, and sustained severe and permanent injuries including, but not limited to, a dislocation of his left knee.

13.     As a direct and proximate result of the above-described incident, JEFFREY was caused to sustain severe, permanent, aggravating, and disabling injuries; to suffer great pain and anguish in both body and mind and in the future will continue to so suffer; to incur and expend

5

large obligations for and in the future will continue to expend and incur obligations for large sums of money for medical care; and to be hindered and/or prevented from engaging in his usual duties and affairs, including his employment as an attorney.

WHEREFORE, the Plaintiff JEFFREY E. MARTIN, respectfully demands judgment against the Defendant, MEIJER STORES LIMITED PARTNERSHIP, in a fair and equitable sum in excess of the jurisdictional amount of FIFTY THOUSAND DOLLARS ($50,000.00).

**COUNT III**
**[JEFFREY E. MARTIN v. MEIJER GREAT LAKES LIMITED PARTNERSHIP -**
**Negligence]**

1.      Plaintiff JEFFREY E. MARTIN ("JEFFREY") was born on September 25, 1956.

2.      On January 20, 2019, JEFFREY lived at 805 S. Salem Avenue in Arlington Heights, IL 60005.

3.      On and prior to January 20, 2019, Defendant MEIJER GREAT LAKES LIMITED PARTNERSHIP was a foreign corporation licensed to do and doing business in the State of Illinois with its registered agent located in the State of Michigan.

4.      On and prior to January 20, 2019, Defendant MEIJER GREAT LAKES LIMITED PARTNERSHIP was in the business of selling retail products and related services throughout the Chicagoland area, including in Cook County, Illinois.

5.      At all times relevant to this Complaint, the Defendant owned and operated grocery and general merchandise retail stores, including the MEIJER store located at 1301 Meijer Road in Rolling Meadows, IL 60008.

FILED DATE: 10/5/2020 12:39 PM    2020L010578

6

FILED DATE: 10/5/2020 12:39 PM  2020L010578

6.     At all times relevant to this Complaint, the Defendant, operating through its duly authorized agents and/or employees, managed the MEIJER store located at 1301 Meijer Road in Rolling Meadows, IL 60008.

7.     At all times relevant to this Complaint, the Defendant, operating through its duly authorized agents and/or employees, maintained the MEIJER store located at 1301 Meijer Road in Rolling Meadows, IL 60008.

8.     On January 20, 2019, it was the duty of Defendant, acting through its duly authorized agents and/or employees, to exercise reasonable care in maintaining its stores, including making sure that there were no hazardous substances on the floor.

9.     On January 20, 2019, the Defendant, acting through its duly authorized agents and/or employees, committed the following negligent acts and/or omissions:

        a.     Failed to properly maintain its store so as to prevent injury to its patrons including the Plaintiff;

        b.     Failed to properly inspect its store so as to prevent injury to its patrons including the Plaintiff;

        c.     Failed to keep the floor free of hazardous substances so as to prevent injury to its patrons including the Plaintiff;

        d.     Failed to warn patrons of a slipping hazard present on the store floor when it knew or should have known that such a hazard was present;

        e.     Failed to keep the store floor in a properly maintained condition so as to prevent injury to patrons including the Plaintiff; and/or

        f.     Was otherwise careless and negligent.

10.    As a direct and proximate result of one or more of the Defendant's negligent acts and/or omissions, while JEFFREY was in the store pushing a shopping cart full of groceries, he was caused to slip and fall on a hazardous substance present on the ground, and sustained severe

7

and permanent injuries including, but not limited to, a dislocation of his left knee.

11.     As a direct and proximate result of the above-described incident, JEFFREY was caused to sustain severe, permanent, aggravating, and disabling injuries; to suffer great pain and anguish in both body and mind and in the future will continue to so suffer; to incur and expend large obligations for and in the future will continue to expend and incur obligations for large sums of money for medical care; and to be hindered and/or prevented from engaging in his usual duties and affairs, including his employment as an attorney.

WHEREFORE, the Plaintiff JEFFREY E. MARTIN, respectfully demands judgment against the Defendant, MEIJER GREAT LAKES LIMITED PARTNERSHIP, in a fair and equitable sum in excess of the jurisdictional amount of FIFTY THOUSAND DOLLARS ($50,000.00).

**COUNT IV**
**[JEFFREY E. MARTIN v. MEIJER GROUP, INC. - Negligence]**

1.     Plaintiff JEFFREY E. MARTIN ("JEFFREY") was born on September 25, 1956.

2.     On January 20, 2019, JEFFREY lived at 805 S. Salem Avenue in Arlington Heights, IL 60005.

3.     On and prior to January 20, 2019, Defendant MEIJER GROUP, INC. was a foreign corporation licensed to do and doing business in the State of Illinois.

4.     On and prior to January 20, 2019, Defendant MEIJER GROUP, INC. had its registered agent, CT Corporation System located at 208 So LaSalle Street, Suite 814 in Chicago, IL 60604.

5.     On and prior to January 20, 2019, Defendant MEIJER GROUP, INC. was in the business of selling retail products and related services throughout the Chicagoland area, including

FILED DATE: 10/5/2020 12:39 PM    2020L010578

8

FILED DATE: 10/5/2020 12:39 PM   2020L010578

in Cook County, Illinois.

6.     At all times relevant to this Complaint, the Defendant owned and operated grocery and general merchandise retail stores, including the MEIJER store located at 1301 Meijer Road in Rolling Meadows, IL 60008.

7.     At all times relevant to this Complaint, the Defendant, operating through its duly authorized agents and/or employees, managed the MEIJER store located at 1301 Meijer Road in Rolling Meadows, IL 60008.

8.     At all times relevant to this Complaint, the Defendant, operating through its duly authorized agents and/or employees, maintained the MEIJER store located at 1301 Meijer Road in Rolling Meadows, IL 60008.

9.     On January 20, 2019, it was the duty of Defendant, acting through its duly authorized agents and/or employees, to exercise reasonable care in maintaining its stores, including making sure that there were no hazardous substances on the floor.

10.     On January 20, 2019, the Defendant, acting through its duly authorized agents and/or employees, committed the following negligent acts and/or omissions:

      a.    Failed to properly maintain its store so as to prevent injury to its patrons including the Plaintiff;

      b.    Failed to properly inspect its store so as to prevent injury to its patrons including the Plaintiff;

      c.    Failed to keep the floor free of hazardous substances so as to prevent injury to its patrons including the Plaintiff;

      d.    Failed to warn patrons of a slipping hazard present on the store floor when it knew or should have known that such a hazard was present;

      e.    Failed to keep the store floor in a properly maintained condition so as to prevent injury to patrons including the Plaintiff; and/or

9

FILED DATE: 10/5/2020 12:39 PM   2020L010578

f.    Was otherwise careless and negligent.

11.    As a direct and proximate result of one or more of the Defendant's negligent acts and/or omissions, while JEFFREY was in the store pushing a shopping cart full of groceries, he was caused to fall on a hazardous substance present on the ground, and sustained severe and permanent injuries including, but not limited to, a dislocation of his left knee.

12.    As a direct and proximate result of the above-described incident, JEFFREY was caused to sustain severe, permanent, aggravating, and disabling injuries; to suffer great pain and anguish in both body and mind and in the future will continue to so suffer; to incur and expend large obligations for and in the future will continue to expend and incur obligations for large sums of money for medical care; and to be hindered and/or prevented from engaging in his usual duties and affairs, including his employment as an attorney.

WHEREFORE, the Plaintiff JEFFREY E. MARTIN, respectfully demands judgment against the Defendant, MEIJER GROUP, INC., in a fair and equitable sum in excess of the jurisdictional amount of FIFTY THOUSAND DOLLARS ($50,000.00).

Respectfully submitted,

MARTIN LAW, LLC
Attorney for Plaintiff

*Shauna M. Martin*

BY: _____
            Shauna M. Martin

Firm Code #63329
MARTIN LAW, LLC
171 W. Wing Street, Suite 201
Arlington Heights, IL 60005
T: 847.956.0000/F: 844.239.7473
smm@martinlawchicago.com

10

**DIE DATE**
11/02/2020          6

TO

**DOC.TYPE:** LAW
**CASE NUMBER:** 2020L010578
**DEFENDANT**
MEIJER INC
208 S LA SALLE ST
CHICAGO, IL 60604
#814

**SERVICE INFO:**
30 DAY RTN; C/O
CORPORATION S

ATTACHED FEE: